# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

| | |
|---|---|
| In re:<br>Abdul Kabirr Sesay<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 6:26−bk−13916−RB |
| JUDDYS SESAY<br><br>Plaintiff(s)<br>Versus<br>Abdul Kabirr Sesay<br><br>Defendant(s) | CHAPTER NO.: 7<br><br>ADVERSARY NO.: 6:26−ap−01087−RB |

## NOTICE THAT DEFAULT HAS NOT BEEN ENTERED BY THE CLERK UNDER LOCAL BANKRUPTCY RULE 7055−1(a)

On 8/31/26, a request was filed for the clerk to enter default against defendant(s) **Abdul Kabirr Sesay**.

After reviewing the request against the complaint filed and summons issued by the court, a default will NOT be entered due to the following reasons:

- ☐ The name of the defendant listed on the request does not match the complaint.
- ☐ The defendant's and or attorney's address listed on the Proof of Service does not match the complaint.
- ☐ The complaint file date listed on the request does not match the docket.
- ☐ A conformed copy of the executed Service of Summons form is not attached.
- ☐ The request is premature as the time for filing an answer or other responsive pleading has not expired.
- ☐ The summons has expired.
- ☑ An answer or other responsive pleading has been filed.
- ☑ The declaration required under Local Bankruptcy Rule 7055−1(a) is not attached.
- ☐ There is no Proof of Service of the request on the defaulting party.
- ☐ The Proof of Service and copy of the Summons is not attached to the request.
- ☐ A motion to (1) dismiss the Complaint or (2) for summary judgment has been filed by the defendant.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: September 2, 2026

**By: Susan Hawkinson**
**Deputy Clerk**